```
IN RE:                    FILED                CASE NO. 05-81123-S

DAVID FRANK BROCK      2010 AUG -6 PM 3:08     CHAPTER 7
MARLENE ANNE BROCK
        Debtors         U.S. BANKRUPTCY COURT  REPORT OF DIVIDEND
                       NORTHERN DISTRICT OF OHIO  UNDER FIVE DOLLARS
                              AKRON
```

   Harold A. Corzin, Trustee herein, reports that check #114 in the amount of $4.41 was issued on July 21, 2010 to the Clerk of Courts in payment of dividend under $5.00 for the following unsecured creditor:

                                                        Amt. of Dividend

| | | |
|---|---|---|
| Claim #5 | The Cortland Savings & Banking Co.<br>194 W Main St<br>Cortland, OH  44410 | $  1.44 |
| Claim #10 | Internal Revenue Service<br>1240 E 9TH ST RM 457<br>CLEVELAND, OH 44199 | $  2.41 |
| Claim #12 | American Express Travel Related<br>Services Co., Inc.<br>c/o Becket and Lee, LLP<br>P.O. Box 3001<br>Malvern, PA  19355-0701 | $   .56 |

TOTAL:                                                  $  4.41

                                           _____
                                           HAROLD A. CORZIN, TRUSTEE
                                           304 N. Cleveland-Massillon Rd.
                                           Akron, Ohio 44333
                                           (330) 670-0770

July 22, 2010

*Ck # 114*
*receipt # 81674*