IN RE:                    FILED            CASE NO.  05-81123

DAVID FRANK BROCK                          CHAPTER 7
                         2010 NOV -1 PM 3: 41
      Debtor                               REPORT OF UNCLAIMED
                                           DIVIDEND
                         U.S. BANKRUPTCY COURT
                         NORTHERN DISTRICT OF OHIO
                              AKRON

    Harold A. Corzin, Trustee herein, reports that check #112 was issued on July 21, 2010 to the claimant set forth in the attached Stale Check Report as and for a first and final dividend in this estate, in the amount set forth therein, but that said check has not been negotiated.  The Trustee thus issues check #115 to the Clerk of Courts in the amount of $30.51 as and for an unclaimed dividend herein for the Claimant as set forth in the attached Stale Check Report.


                                        HAROLD A. CORZIN, TRUSTEE
                                        304 N. Cleveland-Massillon Road
                                        Akron, Ohio 44333
                                        (330) 670-0770
                                        (330) 670-0297 Facsimile
                                        Hcorzin@csu-law.com


October 31, 2010

cc:  U. S. Trustee

**Trustee:** HAROLD A. CORZIN (550340)
**Case:** 05-81123 - BROCK, DAVID FRANK

| Account No. | Check No. | Issued | Payee | | | Check Amount |
|---|---|---|---|---|---|---|
| 9200-01854966-66 | 115 | 10/28/10 | U. S. BANKRUPTCY COURT | | | $30.51 |
| Cancelled Account No. | Claim No. | Cancelled Check No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Cancelled Payment |
| 9200-01854966-66 14 | 112 | | 04/04/06 | 610 | Ross, Brittain & Schonberg 6000 Freedom Sr. Dr. Ste 540 Cleveland, OH 44131-2547 | 12,472.12 | 12,472.12 | 30.51 | 30.51 |

*Handwritten:* Ck # 115  receipt # 81898

(*) Denotes objection to Amount Filed   (!) Funds will be transferred from your JPMorgan Chase account to your BNY Mellon account within the next 3 business days.